IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | | **CRIMINAL NO.** |
| v. : | | **DATE FILED:** |
| **RASHIN OWENS,** : | | **VIOLATIONS:** |
| a/k/a "Rashim Owens" | | 18 U.S.C. § 1014 (false statements to |
| : | | a bank – 2 counts) |
| | | 18 U.S.C. § 2 (aiding and abetting) |
| | | Notice of Forfeiture |

# I N F O R M A T I O N

## COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

1. At all times relevant to this information, Univest Bank and Trust Company ("Univest Bank") was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation (Certificate Number 7759).

2. On or about August 14, 2019, defendant RASHIN OWENS, a/k/a "Rashim Owens," and others known and unknown to the United States Attorney, caused a Small Business Loan Application ("the Univest Loan Application"), requesting a $50,000 line of credit to be sent to Univest Bank on Fairmount Avenue in Philadelphia, Pennsylvania.

3. On the Univest Loan Application, defendant RASHIN OWENS, a/k/a "Rashim Owens," falsely represented that his name was J.C. and that he was the owner of I.C.M., a Philadelphia health care business, which was seeking to obtain the line of credit. Defendant OWENS had no connection to I.C.M. and was not authorized to use the name, J.C., or the business, I.C.M., in obtaining a line of credit from Univest Bank.

4. In fact, at the time that defendant RASHIN OWENS, a/k/a "Rashim Owens," applied for the line of credit, J.C. was serving a prison sentence in Pittsburgh, Pennsylvania, and was unaware that defendant OWENS was using his name.

5. The Univest Loan Application included additional personal identification information for J.C., such as J.C.'s actual social security number, date of birth, and former address.

6. The Univest Loan Application also included a copy of a Pennsylvania Driver's License in the name of J.C. with the personal identification information of J.C., but with a photograph of defendant RASHIN OWENS, a/k/a "Rashim Owens."

7. The Univest Loan Application included additional false information and documents concerning I.C.M. and an alleged related company, E.H.H.C., which supported the application for the line of credit. The documents included the "Operating Agreement of E.H.H.C.," and a "Certificate of Organization Domestic Limited Liability Company" for I.C.M. These documents falsely identified defendant RASHIN OWENS, a/k/a "Rashim Owens," as an official with these companies. In fact, defendant OWENS had no connection to these companies and was falsely and fraudulently using this information to obtain funds from Univest Bank.

8. On or about September 9, 2019, defendant RASHIN OWENS, a/k/a "Rashim Owens," appeared at Univest Bank on South Broad Street in Philadelphia, Pennsylvania, where he falsely signed the Univest Loan Application as J.C., the "Owner" of I.C.M. and the "Guarantor" on the line of credit. Defendant OWENS also signed the name J.C. to a "Commercial Loan Agreement" and to additional supporting loan documents.

9. On or about September, 9, 2019, while at Univest Bank, defendant RASHIN OWENS, a/k/a "Rashim Owens," also opened a checking account in the name of I.C.M., "DBA as E.H.H.C.," and signed the account agreement as J.C.

10. On or about September 10, 2019, in connection with the line of credit and checking account, defendant RASHIN OWENS, a/k/a "Rashim Owens," also applied for and obtained from Univest Bank a Mastercard business debit card in the name of I.C.M., "DBA as E.H.H.C." Defendant OWENS signed the application for the debit card as J.C. and caused another individual, M.W., to co-sign for the debit card.

11. As a result of the fraudulent misrepresentations of defendant RASHIN OWENS, a/k/a "Rashim Owens," in the Univest Loan Application and supporting documents, defendant OWENS obtained the line of credit for $50,000 on behalf of I.C.M.

12. On or about September 10, 2019, defendant RASHIN OWENS, a/k/a "Rashim Owens," drew $25,000 from his Univest Bank line of credit and deposited the funds in his Univest Bank checking account.

13. On or about September 25, 2019, defendant RASHIN OWENS, a/k/a "Rashim Owens," drew an additional $20,000 from the line of credit from Univest Bank and deposited that sum in a Bank of America checking account that he had opened in the name of E.H.H.C., listing on the signature card "Rashim Owens" as the president of E.H.H.C.

14. On or about September 30, 2019, defendant RASHIN OWENS, a/k/a "Rashim Owens," drew an additional $2,500, and on or about October 2, 2019, an additional $2,000, from his Univest Bank line of credit and deposited the sums in the Univest Infinite Care checking account.

15. From in or about August 2019 through in or about September 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**RASHIN OWENS,**
a/k/a "Rashim Owens,"

knowingly made and caused to be made false statements, and aided and abetted the making of false statements, for the purpose of influencing the actions of Univest Bank and Trust Company, an institution the deposits of which were insured by the Federal Deposit Insurance Company, in connection with an application for a line of credit, a checking account, and a business debit card, in that defendant OWENS provided false information about his identity, financial circumstances, and purported business operations to fraudulently obtain funds from Univest Bank and Trust Company.

In violation of Title 18, United States Code, Sections 1014 and 2.

**COUNT TWO**

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

  1. At all times relevant to this information, KeyBank was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation (Certificate Number 17534).

  2. On or about August 22, 2019, defendant RASHIN OWENS, a/k/a "Rashim Owens," appeared at a KeyBank branch on North Broad Street in Philadelphia, Pennsylvania, where he completed a "Business CreditOne Application and Agreement" ("the KeyBank Loan Application"), requesting a $25,000 line of credit.

  3. On the KeyBank Loan Application, defendant RASHIN OWENS, a/k/a "Rashim Owens," falsely represented that his name was J.C. and that he was the owner of a Philadelphia health care business, I.C.M. On the application, defendant OWENS identified I.C.M. as the "Borrower" and J.C. as the "Guarantor." In fact, defendant OWENS had no connection to I.C.M. and was not authorized to use the name, J.C., or the business, I.C.M., in obtaining a line of credit from KeyBank.

  4. Defendant RASHIN OWENS, a/k/a "Rashim Owens," provided additional personal identification information of J.C. on the KeyBank Loan Application, including J.C.'s actual social security number, date of birth, driver's license number, and former address. Defendant OWENS falsely signed the loan application and additional loan documents as J.C., "Owner of I.C.M."

5. On the KeyBank Loan Application, defendant RASHIN OWENS, a/k/a "Rashim Owens," included a false tax identification number for I.C.M. and falsely represented that I.C.M. generated $1,200,000 in revenue in 2018.

6. As a result of the fraudulent misrepresentations of defendant RASHIN OWENS, a/k/a "Rashim Owens," in the KeyBank Loan Application and supporting documents, defendant OWENS obtained the line of credit for $25,000 on behalf of I.C.M.

7. On or about August 22, 2019, while at the KeyBank posing as J.C., defendant RASHIN OWENS, a/k/a "Rashim Owens," also opened a KeyBank checking account and applied for and obtained a business Mastercard, both in the name of I.C.M.

8. In or about August 2019, on several occasions, defendant RASHIN OWENS, a/k/a "Rashim Owens," drew funds from the line of credit, totaling approximately $25,000, through teller windows at a KeyBank branch in Philadelphia, Pennsylvania.

9. In or about September, October, and November 2019, defendant RASHIN OWENS, a/k/a "Rashim Owens," made numerous purchases on his KeyBank Mastercard, resulting in approximately $25,000 in debt, the limit on this credit card.

10. In or about August 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**RASHIN OWENS,
a/k/a "Rashim Owens,"**

knowingly made and caused to be made false statements, and aided and abetted the making of false statements, for the purpose of influencing the actions of KeyBank, an institution the deposits of which were insured by the Federal Deposit Insurance Company, in connection with an application for a line of credit, a checking account, and a business credit card, in that

6

defendant OWENS provided false information about his identity, financial circumstances, and purported business operations to fraudulently obtain funds from KeyBank.

In violation of Title 18, United States Code, Sections 1014 and 2.

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Section 1014, set forth in this information, defendant

**RASHIN OWENS,**
**a/k/a "Rashim Owens,"**

shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained directly or indirectly as the result of the commission of such offenses, including but not limited to $100,000 in United States currency (forfeiture money judgment).

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred to, sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of this Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c) incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982(a)(2)(A), and Title 28, United States Code, Section 2461.

*Ronald A. Sarachan for*

**WILLIAM M. McSWAIN**
**UNITED STATES ATTORNEY**

*No.*_ _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

**RASHIN OWENS,**
**a/k/a/ "RASHIM OWENS"**

**INFORMATION**
Count(s)
**18 U.S.C. § 1014 (false statements to a bank – 2 counts)**
**18 U.S.C. § 2 (aiding and abetting)**
**Notice of Forfeiture**

A true bill.

_____
Foreman

Filed in open court this _____day,
Of _____A.D. 20_____
_____
Clerk

Bail, $_____